1 | KEVIN V. RYAN (CASBN 118321)
United States Attorney

2

3 | EUMI L. CHOI (WVBN 07225)
Chief, Criminal Division

4 | H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717

7 | Facsimile: (510) 637-3724

8 | Attorneys for Plaintiff

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 05-70942 WDB |
| Plaintiff, ) | ORDER GRANTING STIPULATION TO WAIVE TIME UNDER SPEEDY TRIAL CLOCK AND FOR PRELIMINARY HEARING |
| v. ) | |
| MICHAEL EDWARD PAYNE, ) | Date: January 10, 2006 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Before the Honorable Wayne D. Brazil |

**ORDER**

Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter filed a Stipulation to Waive Time Under Speedy Trial Clock and For Preliminary Hearing seeking to waive and extend the time for the preliminary hearing and to exclude the time between January 10, 2006 and January 27, 2006 from the Speedy Trial Clock. The Stipulation was signed by counsel of record as well as the defendant knowingly and voluntarily waiving his right to a preliminary hearing on January 10, 2005, and extending the preliminary hearing until January 27, 2006. The Stipulation also noted that Mr. Payne's counsel requires additional time to review material. This information will allow Mr. Payne's counsel to better evaluate the case and assist in preparing a defense. Counsel also acknowledged that an exclusion of time under the Speedy

1  Trial Clock is appropriate to allow for the effective preparation of defense counsel taking into
2  account the exercise of due diligence.  Good cause appearing therefor,
3     **IT IS HEREBY ORDERED** that the period of time between January 10, 2006 and January
4  27, 2006 is excluded from the Speedy Trial Clock to allow counsel to effectively prepare, taking
5  into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that
6  the "ends of justice served by the granting of such continuance outweigh[s] the best interests of
7  the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).  Additionally, the
8  Court finds that the Defendant, Mr. Payne, knowingly and voluntarily waived the period between
9  January 10, 2006 and January 27, 2006, such that preliminary hearing is now scheduled for
10 January 27, 2006 at 10:00 a.m.
11 DATED:  January 5, 2006

                _/s/ Wayne D. Brazil_
                WAYNE D. BRAZIL
                United States Magistrate Judge

15 Distribute to:

16 Philip A. Schnayerson
   Garcia, Schnayerson & Mockus
17 225 W. Winton, Ste 208
   Hayward, CA 94544-1219
18 Counsel for Michael Edward Payne

19 H. H. (Shashi) Kewalramani
   Assistant United States Attorney
20 1301 Clay Street, Suite 340S
   Oakland, CA 94612
21 Counsel for Plaintiff

ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No.  05-70942 WDB      2